# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nicole Banks

                Plaintiff,

v.

Case No.: 1:24−cv−03271
Honorable Jeffrey I Cummings

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16, 2024:

    MINUTE entry before the Honorable Jeffrey I Cummings: The parties' agreed motion to stay discovery [54] is granted. All pending discovery deadlines are stayed pending further order of the Court to allow the parties the opportunity to engage in settlement negotiations and a settlement conference with the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.