## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED, Deceased,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CHICAGO, a municipal corporation, CHICAGO POLICE DEPARTMENT OFFICERS ALEXANDRA GIAMPAPA (Star 13853), THOMAS SPANOS (Star 3110), VICTOR PACHECO (Star 18337), GREGORY SAINT LOUIS (Star 5153), and AUBREY WEBB (Star 5105),<br><br>　　　　　　　Defendants. | Case No. 24-cv-03271<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey Cole |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto and their respective attorneys of record, that all claims against Defendants Alexandra Giampapa, Thomas Spanos, Victor Pacheco, Gregory Saint Louis, and Aubrey Webb related to this cause should be dismissed without prejudice and with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed in this matter by Plaintiff and Defendant City of Chicago. The order of dismissal shall automatically convert to dismissal with prejudice at such time as all claims against Defendant City of Chicago related to this cause are dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Dated: November 27, 2024

[Signatures On Following Page]

Respectfully submitted,

| | |
|---|---|
| By: /s/ Andrew M. Stroth<br>One of the Attorneys for Plaintiff<br>Nicole Banks, as Independent Administrator<br>of the Estate of Dexter Antonio Reed, deceased | By: /s/ Timothy P. Scahill<br>One of the Attorneys for Defendants<br>Alexandra Giampapa, Thomas Spanos, Victor Pacheco, Gregory Saint Louis, and Aubrey Webb |

Andrew M. Stroth
**ACTION INJURY LAW GROUP**
1 South Dearborn, Suite 1400
Chicago, Illinois 60606
Tel: (844) 878 4529
astroth@actioninjurylawgroup.com

Steven A. Hart
**HART McLAUGHLIN & ELDRIDGE, LLC**
1 South Dearborn, Suite 1400
Chicago, Illinois 60603
Tel:    (312) 955-0545
Fax:    (312) 971-9243
shart@hmelegal.com

Sheila Bedi
**Community Justice and Civil Rights Clinic, Northwestern Pritzker School of Law**
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
sheila.bedi@law.northwestern.edu

Timothy P. Scahill
Whitney Hutchinson
**BORKAN & SCAHILL, LTD.**
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
Tel: (312) 580-1030
TScahill@borkanscahill.com
WHutchinson@borkanscahill.com

170084079v1