**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED, Deceased,<br><br>              Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO, a municipal corporation, CHICAGO POLICE DEPARTMENT OFFICERS ALEXANDRA GIAMPAPA (Star 13853), THOMAS SPANOS (Star 3110), VICTOR PACHECO (Star 18337), GREGORY SAINT LOUIS (Star 5153), and AUBREY WEBB (Star 5105),<br><br>              Defendants. | Case No. 24-cv-03271<br><br>Judge Jeffrey I. Cummings |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto and their respective attorneys of record, that this matter has been settled by the Parties and, therefore, all claims against Defendant City of Chicago related to this cause should be dismissed without prejudice and with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed by the Parties. The order of dismissal shall automatically convert to dismissal with prejudice seventy-five (75) days from the date of Chicago City Council's enactment of an ordinance authorizing settlement and payment of the funds agreed upon in the Release and Settlement Agreement, which the parties shall provide the Court with prompt notice thereof. Each side shall bear its own costs and attorneys' fees.

Dated: November 27, 2024

Respectfully submitted,

| | |
|---|---|
| By: /s/ Andrew M. Stroth<br>One of the Attorneys for Plaintiff<br>Nicole Banks, as Independent Administrator<br>of the Estate of Dexter Antonio Reed, deceased<br><br>Andrew M. Stroth<br>**ACTION INJURY LAW GROUP**<br>1 South Dearborn, Suite 1400<br>Chicago, Illinois 60603<br>Tel: (844) 878 4529<br>astroth@actioninjurylawgroup.com<br><br>Steven A. Hart<br>**HART McLAUGHLIN &**<br>**ELDRIDGE, LLC**<br>1 South Dearborn, Suite 1400<br>Chicago, Illinois 60603<br>Tel:     (312) 955-0545<br>Fax:    (312) 971-9243<br>shart@hmelegal.com<br><br>Sheila Bedi<br>**Community Justice and Civil Rights Clinic,**<br>**Northwestern Pritzker School of Law**<br>375 E. Chicago Ave., 8th Floor<br>Chicago, IL 60611<br>sheila.bedi@law.northwestern.edu | By: /s/ Michael P. Sheehan<br>One of the Attorneys for Defendant City of<br>Chicago<br><br>Michael P. Sheehan<br>Allan T. Slagel<br>Elizabeth Winkowski<br>**TAFT STETTINIUS AND HOLLISTER LLP**<br>111 East Wacker Drive, Suite 2600<br>Chicago, Illinois 60601<br>Tel:     (312) 527-4000<br>Fax:    (312) 527-4011<br>msheehan@taftlaw.com<br>aslagel@taftlaw.com<br>ewkinkowski@taftlaw.com |

170084005v1