## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Nicole Banks
       Plaintiff,

v.               Case No.: 1:24−cv−03271
              Honorable Jeffrey I Cummings

City of Chicago, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 27, 2024:

  MINUTE entry before the Honorable Jeffrey I Cummings. The parties have filed joint stipulations of dismissal [69] [70], which are self−effectuating under Rule 41(a)(1)(A)(ii). Pursuant to those stipulations, this matter is dismissed without prejudice with leave to reinstate solely in the event the Chicago City Council rejects the Release and Settlement Agreement executed by the parties. This dismissal shall automatically convert to a dismissal with prejudice seventy−five (75) days from the date of the Chicago City Council's enactment of an ordinance authorizing settlement and payment of the funds agreed upon in the Release and Settlement Agreement without further action by the Court. Each side shall bear its own costs and attorney's fees. Defendants' motions to dismiss [42] [45] and defendants' motion to strike [43] are denied without prejudice as moot. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.