```
 1                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3
     NICOLE Banks, Independent              )   Docket No. 24 C 3271
 4   Administrator for the estate of        )
     Dexter Antonio Reed,                   )
 5                                          ]
                         Plaintiffs,        ]
 6                                          ]
                 vs.                        )
 7                                          )
     CITY OF CHICAGO, ALEXANDRA             )
 8   GIAMPAPA, THOMAS SPANOS, GREGORY       )
     SAINT LOUIS and AUBREY WEBB,           )
 9                                          )
                         Defendants.        )
10                                          )   Chicago, Illinois
                                            )   October 22, 2024
11                                          )   1:42 o'clock p.m.

12
             TRANSCRIPT OF PROCEEDINGS - SETTLEMENT HEARING
13              BEFORE THE HONORABLE JEFFREY I. CUMMINGS

14
     APPEARANCES:
15

16   For the Plaintiff:         HART McLAUGHLIN & ELDRIDGE
                                BY:  MR. STEVE HART
17                              1 S. Dearborn Street, Suite 1400
                                Chicago, Illinois  60603
18

19                              RODERICK MacARTHUR JUSTICE CENTER
                                BY:  MS. SHEILA A. BEDI
20                              375 E. Chicago, Illinois  60611

21
                                ACTION INJURY LAW GROUP, LLC
22                              BY:  MR. ANDREW M. STROTH
                                191 N. Wacker Drive, Suite 2300
23                              Chicago, Illinois  60606

24

25
```

```
 1   APPEARANCES (Continued):

 2
     For the Defendant        TAFT STETTINIUS & HOLLISTER LLP
 3   City of Chicago:         BY:  MR. MICHAEL P. SHEEHAN
                                   MS. ELIZABETH WINKOWSKI
 4                            111 E. Wacker Drive, Suite 2800
                              Chicago, Illinois  60601
 5

 6   For the Individual       BORKAN & SCAHILL, LTD.
     Defendant Officers:      BY:  MR. TIMOTHY SCAHILL
 7                            20 S. Clark Street, Suite 1700
                              Chicago, Illinois  60606
 8

 9   Court Reporter:          MS. JOENE HANHARDT
                              Official Court Reporter
10                            219 S. Dearborn Street, Suite 1222
                              Chicago, Illinois  60604
11                            (312) 435-6874

12              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

13                      PROCEEDINGS RECORDED BY
                         MECHANICAL STENOGRAPHY
14                    TRANSCRIPT PRODUCED BY COMPUTER

15

16

17

18

19

20

21

22

23

24

25
```

1          THE CLERK:  24 C 3271, Banks vs. City of Chicago, et
2  al.
3          Counsel, please state your name for the record
4  beginning with plaintiff's counsel.
5          MR. STROTH:  Andrew M. Stroth for the plaintiff.
6          Do you want all counsel?
7          THE COURT:  Yes, you might as well.
8          MS. BEDI:  Sheila Bedi, also for the plaintiff.
9  B-e-d-i.
10         MR. HART:  Steven Hart, Hart McLaughlin & Eldridge,
11 for the plaintiff.
12         MR. SHEEHAN:  Michael Sheehan and Elizabeth Winkowski
13 on behalf of the City of Chicago.
14         MR. SCAHILL:  Timothy Scahill on behalf of the
15 individually-named defendant Chicago police officers.
16         MS. FRONCZAK:  And Caroline Fronczak.  I am just here
17 as a representative of the City of Chicago.
18         THE COURT:  Okay.  Thank you all.
19         So, we have had a settlement conference and I
20 understand that the parties have a tentative agreement that is
21 subject to City Council approval; is that correct?
22         MR. STROTH:  Yes, your Honor.
23         THE COURT:  Okay.
24         MR. SHEEHAN:  Yes, your Honor.
25         THE COURT:  So, Mr. Stroth, would you like to state

1  the agreement; and, then, have defense counsel listen and add
2  anything in, if you need to.
3      MR. STROTH:  Yes, your Honor.
4      The parties have agreed to a financial settlement of
5  $1,250,000.
6      The parties have agreed that they will make the best
7  efforts to present this settlement to the Finance Committee and
8  City Council by January 20, 2025.
9      In addition, the parties have agreed to develop
10 proposed language regarding the elimination of traffic stop
11 quotas and productivity incentives.
12     We will share our proposed language with opposing
13 counsel by October 25th.  And we would like to have a follow-up
14 status hearing with your Honor on November 4th.
15     THE COURT:  Okay.
16     Ms. Chambers, what does our calendar look like for
17 November 4th?
18     THE CLERK:  Just a second, Judge.
19   (Brief pause.)
20     THE CLERK:  November 4th at 11:00 a.m.?
21     MR. STROTH:  Yes, ma'am.
22     THE COURT:  Okay.
23     Anything to add to that from the defense team?
24     MR. SHEEHAN:  Yes, your Honor, just to add to that.
25     The parties also discussed that it would be a

1  dismissal of the individual officers with prejudice; and, the
2  settlement would be that the financial responsibility falls
3  upon the City.
4         You already articulated that, subject to City Council
5  approval, in that there would be a release of any and all
6  claims by the plaintiff.
7         And that is all I would add.
8         MR. STROTH:  Yes, we agree.
9         MR. SHEEHAN:  And, then, just last, I guess, you know,
10 as we conveyed to the Court, the City will make its best
11 efforts to see if we can get it on the calendar for January,
12 but we cannot guarantee that at this point, just because there
13 is a docket as to how many cases they present.
14        And we will go back and discuss that further with
15 plaintiffs, when we have more information.
16        MR. STROTH:  We understand.
17        THE COURT:  Okay.
18        And, so, I think that reflects the agreement.
19        I will keep the transcript of today's hearing -- or
20 settlement recitation -- under seal until further notice, and
21 give you all the time that you need to do, to work it through
22 the City Council process.
23        Is there anything further from plaintiff's counsel
24 today?
25        MR. STROTH:  Your Honor, thank you so much for today.

1           Nothing further from plaintiff.

2           MR. SHEEHAN: On behalf of the City and the City
3 representatives, thank you, your Honor.

4           THE COURT: Okay. You're welcome.

5           And I want to thank you all for your patience -- and,
6 particularly, the family -- and thank you for coming back a
7 second time and being open to compromise and reaching the
8 result that you tentatively agreed to here today.

9           I wish everyone the best.

10          Have a good afternoon and I will see you on November
11 4th.

12          MR. STROTH: Thank you, your Honor.

13          MS. BEDI: Thank you, your Honor.

14          MR. SHEEHAN: Thank you.

15          MS. WINKOWSKI: Thank you, your Honor.

16                  * * * * *

17 I certify that the foregoing is a correct transcript from the
record of proceedings in the above-entitled matter.
18

19 /s/ Joene Hanhardt          February 18, 2025
Official Court Reporter
20

21

22

23

24

25