## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nicole Banks

                Plaintiff,

v.                                             Case No.: 1:24−cv−03271
                                                     Honorable Jeffrey I Cummings

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Off−the−record conference regarding settlement held on 8/4/25. The parties shall submit a joint status report to the Court's settlement correspondence inbox (Settlement_Correspondence_Cummings@ilnd.usco urts.gov) by 8/25/25. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.