IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED, Deceased,<br><br>        Plaintiffs.<br><br>   v.<br><br>CITY OF CHICAGO, a municipal corporation, CHICAGO POLICE DEPARTMENT OFFICERS ALEXANDRA GIAMPAPA (Star 13853), THOMAS SPANOS (Star 3110), VICTOR PACHECO (Star 18337), GREGORY SAINT LOUIS (Star 5153), and AUBREY WEBB (Star 5105),<br><br>        Defendants. | Case No. 24-cv-3271<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey Cole |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Sheila A. Bedi respectfully moves this Court for leave to withdraw as counsel for the Plaintiff. Ms. Bedi will be on leave from the Northwestern Pritzker School of Law Community Justice and Civil Rights Clinic for the next academic year. Attorneys from Hart McLaughlin & Eldridge and Action Injury Law Group, who have represented the Plaintiff since this case was filed, and Wally Hilke, who will direct the CJCR Clinic during Ms. Bedi's absence, will continue to represent the Plaintiff. Ms. Bedi's withdrawal will in no way prejudice the Plaintiff or any other party associated with this matter. For these reasons, the undersigned requests an order from this Court permitting her to withdraw from this matter.

Dated: August 15, 2025            Respectfully submitted,

<u>s/Sheila A. Bedi</u>

Sheila A. Bedi
Community Justice Civil Rights Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-2492
sheila.bedi@law.northwestern.edu