IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED, deceased. | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 24-cv-3271<br>) |
| CITY OF CHICAGO, a municipal corporation, CHICAGO POLICE DEPARTMENT OFFICERS, ALEXANDRA GIAMPAPA (Star 13853), THOMAS SPANOS (Star 3110), VICTOR PACHEDO (Star 18337), GREGORY SAINT LOUIS (Star 5153) and AUBREY WEBB (Star 5105), | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANT GREGORY SAINT LOUIS' UNOPPOSED MOTION
FOR LEAVE TO FILE APPEARANCE AND COUNTER-CLAIM**

NOW COMES, the Defendant, GREGORY SAINT LOUIS, by and through his attorney, James E. Thompson, and respectfully seeks leave of this Court to file his appearance and Counter-Claim on behalf of GREGORY SAINT LOUIS and against NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED pursuant to Fed. R. Civ. P. 13(a), Compulsory Counter-Claim, instanter and in support states as follows:

**JURISDICITION AND VENUE**

1.  Defendant, GREGORY SAINT LOUIS, is requesting leave of this Court to file his Illinois tort law claim for battery and intentional infliction of emotional distress against NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED, instanter. (Attached hereto as exhibit A).

1

2. This Court has jurisdiction of plaintiff's underlying claims in this matter pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343 and supplemental jurisdiction of plaintiff's state law claims pursuant to 28 U.S.C. §1367.

3. GREGORY SAINT LOUIS' Counter-Claim is brought pursuant to Fed. R. Civ. P. 13(a), Compulsory Counterclaim. The allegations contained in the Counter-Claim arise out of the same occurrence and facts that is the subject of the plaintiff's claim and does not require additional parties for its adjudication.

4. This Court has jurisdiction over GREGORY SAINT LOUIS' Counter-Claim pursuant to 28 U.S.C. §1367.

5. Venue is proper in this District under 28 U.S.C. §1931 (b). Both parties reside in the Northern District of Illinois, Eastern Division, and all operative facts, occurrences, and damages as pled took place in the Northern District of Illinois, Eastern Division.

6. Defendant, GREGORY SAINT LOUIS, has not previously filed an Answer or Pleading in this matter.

7. Defendant, GREGORY SAINT LOUIS, presently has pending before this court a Motion to Dismiss plaintiff's complaint and the corresponding briefing schedule and ruling extends beyond the statute of limitations for the Illinois tort law action of March 21, 2026.

8. Defendant, GREGORY SAINT LOUIS, is requesting leave to file his Counter-Claim instanter prior to the expiration of the Illinois tort state law statute of March 21, 2026.

WHEREFORE, the Defendant, GREGORY SAINT LOUIS, by and through his attorney, James E. Thompson, respectfully seeks leave of this Court to file his appearance and Counter-Claim on behalf of GREGORY SAINT LOUIS and against NICOLE BANKS, as Independent

Administrator of the Estate of DEXTER ANTONIO REED pursuant to Fed. R. Civ. P. 13(a), Compulsory Counter-Claim.

                                              Respectfully submitted,

                                              /s/James E. Thompson

ARDC No. 6217334
James E. Thompson
Grace & Thompson
311 W. Superior Street, Suite 215
Chicago, IL  60654
(312)943-0600
(312)285-2535 fax
JThompson@GGTlegal.com