**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED, Deceased,<br><br>    Plaintiffs,<br>  v.<br><br>CITY OF CHICAGO, et al. CITY OF CHICAGO, a municipal corporation, CHICAGO POLICE DEPARTMENT OFFICERS ALEXANDRA GIAMPAPA (Star 13853), THOMAS SPANOS (Star 3110), VICTOR PACHECO (Star 18337), GREGORY SAINT LOUIS (Star 5153), and AUBREY WEBB (Star 5105),<br><br>    Defendants. | Case No. 24-cv-3271<br><br>Judge Jeffrey I. Cummings |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT CHICAGO POLICE DEPARTMENT OFFICER
GREGORY SAINT LOUIS (Star 5153)**

Plaintiff, Nicole Banks, as Independent Administrator of the Estate of Dexter Antonio Reed, deceased, by and through her attorneys, Action Injury Law Group, LLC, Hart McLaughlin & Eldridge, LLC, and Community Justice and Civil Rights Clinic at Northwestern Pritzker School of Law, and pursuant to Federal Rules of Civil Procedure 41(A)(1)(A)(i), notifies the Court of her voluntarily dismissal of Defendant, CHICAGO POLICE DEPARTMENT OFFICER GREGORY SAINT LOUIS (Star 5153), and all claims alleged against him, without prejudice, and in support of this notice, states as follows:

1. Federal Rules of Civil Procedure 41(A)(1)(A)(i) provides Plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

1

2. Defendant, CHICAGO POLICE DEPARTMENT OFFICER GREGORY SAINT LOUIS (Star 5153), has been served and appeared, but, to date, has not answered the Complaint or moved for summary judgment on any of the claims asserted against him.

3. Therefore, Plaintiff's dismissal of the Complaint is permitted by Rule 41(a)(1)(A)(i) without a Court order.

4. On March 5, 2026, Defendant, CHICAGO POLICE DEPARTMENT OFFICER GREGORY SAINT LOUIS (Star 5153), filed a motion for leave to file a Counterclaim [ECF#116]; the Court has ordered Plaintiff to file an opposition if any by April 24, 2026 [ECF#126].

5. Plaintiff's notice of voluntary dismissal of all claims against Defendant, CHICAGO POLICE DEPARTMENT OFFICER GREGORY SAINT LOUIS (Star 5153), renders moot his motion for leave to file a Counterclaim, and Plaintiff asks the same be denied.

Dated: April 24, 2026        Respectfully submitted,

By: */s/ Julie A. Murphy*
*One of the Attorneys for Plaintiff*
Steven A. Hart
Julie A. Murphy
**Hart McLaughlin & Eldridge**
One S. Dearborn, Suite 1400
Chicago, Illinois 60603
(312) 955-0545
shart@hmelegal.com
jmurphy@hmelegal.com

Andrew M. Stroth
**Action Injury Law Group**
191 North Wacker Drive, Suite 2300
Chicago, Illinois 60606
(844) 878-4529
astroth@actioninjurylawgroup.com

2

Wallace Bertram Hilke
**Community Justice and Civil Rights Clinic**
**Northwestern Pritzker School of Law**
375 E. Chicago Ave., 8th Floor Chicago, IL 60611
Phone: 312-503-2492
wally.hilke@law.northwestern.edu

## CERTIFICATE OF SERVICE

I certify that on April 24, 2026, I electronically filed the foregoing <u>Plaintiff's Notice of Voluntary Dismissal 0f Defendant Chicago Police Department Officer Gregory Saint Louis (Star 5153)</u> with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants whose appearances are on file.

*/s/ Julie A. Murphy*

***Attorneys for City of Chicago***
Michael P. Sheehan
Allan Slagel
Barton O'Brien
Elizabeth Winkowski
Joan Ahn
Sara Schroeder
**Taft Stettinius & Hollister, LLP**
111 E. Wacker Drive, Suite 2600, Chicago, IL 60601
msheehan@taftlaw.com
aslagel@taftlaw.com
bobrien@taftlaw.com
ewinkowski@taftlaw.com
jahn@taftlaw.com
sschroeder@taftlaw.com

***Attorneys for Defendants Giampapa, Spanos, Pacheco, Saint Louis and Webb***
Steven B. Borkan
Timothy P. Scahill
Amanda Guertler
Christiane E. Murray
Molly E. Boekeloo
Whitney N. Hutchinson
**Borkan & Scahill, Ltd.**
20 S. Clark Street, Suite 1700, Chicago, Illinois 60603
sborkan@borkanscahill.com
tscahill@borkanscahill.com
aguertler@borkanscahill.com
cmurray@borkanscahill.com
mboekeloo@borkanscahill.com
whutchinson@borkanscahill.com

***Attorney for Counter-Plaintiff Gregory Saint Louis***
James E. Thompson
GOTTREICH GRACE & THOMPSON
311 W. Superior St., Ste. 215
Chicago, Illinois 60654
JThompson@ggtlegal.com

4