**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nicole Banks
Plaintiff,
v.
City of Chicago, et al.
Defendant.

Case No.: 1:24−cv−03271
Honorable Jeffrey I Cummings

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons stated in the accompanying Order, defendants' motion to bifurcate and stay discovery and trial on plaintiff's Monell and ICRA claims and to stay discovery on her ADA claims, [121], is granted in part and denied in part. The parties are ordered to file a joint status report by 7/10/26 regarding the status of the production of the discovery that this Court has ordered to be produced. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.