**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NICOLE BANKS, as Independent
Administrator of the Estate of DEXTER
ANTONIO REED, Deceased,

        Plaintiffs.

    v.

CITY OF CHICAGO, a municipal
corporation, et al.,

        Defendants.

Case No. 24-cv-3271

Judge Jeffrey I. Cummings

Magistrate Judge Jeffrey Cole

## JOINT STATUS REPORT CONCERNING DISCOVERY

Pursuant to the Order of June 25, 2026 [ECF#133], the parties have conferred through their respective counsel, and jointly submit the following as and for their Joint Status Report concerning discovery:

1.      Following the Court's ruling on Defendants' motion to bifurcate and stay discovery on Plaintiff's *Monell,* ICRA, and ADA claims [ECF##133, 134], the parties have met and conferred in regard to the Court's directive "to come to agreement as to which discovery already produced in *Wilkins* is relevant to the claims and defenses in this case and should therefore be produced to plaintiff."

2.      On July 1, 2026, Plaintiff issued a letter proposing specific items and categories of documents sought from the *Wilkins* case.

3.      On July 2, 2026, the parties met and conferred via Zoom.

1

4.    On July 9, 2026, City provided a response, noting "the scope of Plaintiff's requests for discovery from the *Wilkins* matter is agreeable, in part, and inappropriate, in part," and setting forth a counter proposal regarding time period and scope..

5.    On July 9, the parties met and conferred again via Zoom. Plaintiff needs additional time to consider the City's response, and City needs additional time to discuss internally certain issues raised by Plaintiff during the meet and confer..

6.    The parties continue to work toward a collaborative resolution regarding which discovery already produced in *Wilkins* is relevant to the claims and defenses in this case and should be produced, in accordance with the Court's directive.

7.    In addition, Defendants provided Plaintiff with a proposed confidentiality order, which Plaintiff is in the process of reviewing.

8.    The parties have agreed to a 2-week mutual extension as to responses to written discovery requests, whereby all parties would respond to written discovery requests and commence document production by July 24, 2026.

9.    There are no new developments on settlement.

Dated: July 10, 2026          Respectfully submitted,

By: */s/*  *Julie A. Murphy*
*One of the Attorneys for Plaintiffs*
Steven A. Hart
Julie A. Murphy
**Hart McLaughlin & Eldridge**
One S. Dearborn, Suite 1400
Chicago, Illinois 60603
(312) 955-0545
shart@hmelegal.com
jmurphy@hmelegal.com

Andrew M. Stroth
**Action Injury Law Group**

One S. Dearborn, Suite 1400
Chicago, Illinois 60603
(844) 878-4529
astroth@actioninjurylawgroup.com

Wallace Hilke
**Community Justice and Civil Rights Clinic**
**Northwestern Pritzker School of Law**
375 E. Chicago Ave., 8th Floor Chicago, IL 60611
Phone: 312-503-2224
wally.hilke@law.northwestern.edu

By: */s/   Michael P. Sheehan*
*One of the Attorneys for Defendant City of Chicago*
Michael P. Sheehan
Allan Slagel
Barton O'Brien
Joan Ahn
Sara Schroeder
**Taft Stettinius & Hollister, LLP**
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
msheehan@taftlaw.com
aslagel@taftlaw.com
bobrien@taftlaw.com
jahn@taftlaw.com
sschroeder@taftlaw.com

By: */s/ Amanda C. Guertler*
*One of the Attorneys for Defendants Alexandra Giampapa, Thomas Spanos, Victor Pacheco, Gregory Saint Louis and Aubrey Webb*
Steven B. Borkan
Timothy P. Scahill
Whitney N. Hutchinson
Christiane E. Murray
Molly E. Boekeloo
Amanda C. Guertler
**Borkan & Scahill, Ltd.**
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
whutchinson@borkanscahill.com