**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICOLE BANKS, as Independent Administrator of the Estate of DEXTER ANTONIO REED, Deceased,<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation, et al.,<br><br>Defendants. | Case No. 24-cv-3271<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey Cole |

**JOINT STATUS REPORT CONCERNING DISCOVERY**

Pursuant to the Order of July 22, 2026 [ECF#137], the parties have conferred through their respective counsel, and jointly submit the following as and for their Joint Status Report concerning discovery:

1. The parties have continued to confer regarding items and categories of documents sought from the *Wilkins* case following the Court's ruling on Defendants' motion to bifurcate and stay discovery on Plaintiff's *Monell,* ICRA, and ADA claims [ECF##133, 134] and its order that the parties "come to agreement as to which discovery already produced in *Wilkins* is relevant to the claims and defenses in this case and should therefore be produced to plaintiff."

2. The parties have exchanged a second set of letters proposing compromises and agreements to resolve the *Wilkins* production issue, including a second letter from Plaintiff sent July 16 and a second letter from the City sent July 31.

3. On August 4, the parties met and conferred again via Zoom. The parties identified areas of agreement and Plaintiff proposed additional compromises. The City is now conducting additional investigation to respond to Plaintiff's proposals.

4. The parties continue to work towards a collaborative resolution of the *Wilkins* production issue in accordance with the Court's directive. The parties are aiming to resolve outstanding issues within the next three weeks to allow time for investigation and continued conferral.

5. The parties have completed their initial discovery responses and have begun productions of responsive documents. The parties have begun reviewing these responses and documents.

Dated: August 5, 2026

Respectfully submitted,

By: /s/ Wallace Hilke
*One of the Attorneys for Plaintiffs*

Steven A. Hart
Julie A. Murphy
**Hart McLaughlin & Eldridge**
One S. Dearborn, Suite 1400
Chicago, Illinois 60603
(312) 955-0545
shart@hmelegal.com
jmurphy@hmelegal.com

Andrew M. Stroth
**Action Injury Law Group**
One S. Dearborn, Suite 1400
Chicago, Illinois 60603
(844) 878-4529
astroth@actioninjurylawgroup.com

Wallace Hilke
**Community Justice and Civil Rights Clinic**
**Northwestern Pritzker School of Law**
375 E. Chicago Ave., 8th Floor Chicago, IL 60611
Phone: 312-503-2224

wally.hilke@law.northwestern.edu

By: /s/ Michael Sheehan
*One of the Attorneys for Defendant City of Chicago*
Michael P. Sheehan
Allan Slagel
Barton O'Brien
Joan Ahn
Sara Schroeder
**Taft Stettinius & Hollister, LLP**
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
msheehan@taftlaw.com
aslagel@taftlaw.com
bobrien@taftlaw.com
jahn@taftlaw.com
sschroeder@taftlaw.com

By: /s/ Christiane Murray
*One of the Attorneys for Defendants Alexandra Giampapa, Thomas Spanos, Victor Pacheco, Gregory Saint Louis and Aubrey Webb*
Steven B. Borkan
Timothy P. Scahill
Whitney N. Hutchinson
Christiane E. Murray
Molly E. Boekeloo
Amanda C. Guertler
**Borkan & Scahill, Ltd.**
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
whutchinson@borkanscahill.com